**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **TAMI TAROCHIONE**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13 C 1304 |
| | ) | |
| **ROBERTS PIPELINE, INC.**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM**

Counsel for plaintiff Tami Tarochione ("Tarochione") have filed a memorandum in prompt response to the second aspect of this Court's April 23 memorandum opinion and order that (1) addressed problems with the Answers that had been filed in response to Tarochione's Complaint and (2) raised an inquiry as to the timeliness of the Complaint as against Laborers Local 75 ("Local 75"). That responsive memorandum provides a satisfactory explanation to the latter inquiry on the premise that Local 75 was the union responsible for providing Tarochione with fair representation.

Accordingly the case will go forward with Local 75 as a defendant for now, with the understanding that a key issue in that respect is whether it is Local 75 (as Tarochione contends) or Laborers' International Union of North America (as Local 75 contends) that was the labor union subject to the duty of fair representation. It would seem to make sense to make that issue the subject of early discovery and early motion practice, for it will obviously bear importantly on the overall handling of the case.

One other matter bears brief mention. Although Tarochione's Complaint ¶ 3 referred to the EEOC right-to-sue letter as its attached Ex. A, by mistake no Ex. A was made a part of the filed and docketed Complaint. Accordingly this Court requested and was provided a photocopy of that right-to-sue letter. But it would also be useful for this Court to be provided with a copy of Tarochione's Charge of Discrimination as filed with the EEOC, and this Court would appreciate delivery of such a copy to its chambers by one of the litigants.

                                        Milton I. Shadur
                                        Senior United States District Judge

Date: April 26, 2013